IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**
JAN 13 2016
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 15-70-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING WITHOUT PREJUDICE |
| JOSEPH TRINIDAD REYNA, JR., | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment Without Prejudice (Doc. 6), and good cause appearing,

IT IS HEREBY ORDERED that the indictment in this case is **DISMISSED** without prejudice.

DATED this 13th day of January, 2016.

SUSAN P. WATTERS
United States District Court Judge

1